ACCEPTED
08-14-00241-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
5/29/2015 8:30:01 AM
DENISE PACHECO
CLERK

**IN THE COURT OF APPEALS**
**FOR THE EIGHTH DISTRICT OF TEXAS**
**EL PASO, TEXAS**

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS

5/29/2015 8:30:01 AM

DENISE PACHECO
Clerk

| | | |
|---|---|---|
| **ELIA PETTIT** | § | |
| | § | |
| **Appellant,** | § | |
| | § | |
| **v.** | § | **No. 08-14-00241-CV** |
| | § | **Trial Court No. 2011-DCV05317** |
| | § | |
| **BARBARA MAXWELL** | § | |
| | § | |
| **Appellee.** | § | |

**APPELLEE'S UNOPPOSED**
**THIRD MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

COMES NOW BARBARA MAXWELL, Appellee, and files this, her Third Motion for Extension of Time to File Brief, and would show the Court the following:

1.  Appellee requests a 30-day extension of time to file Appellee's Brief. Appellee's brief in this case is due on May 25, 2015. This extension is requested because Appellee's counsel needs additional time to research and brief the issues involved.

2.  This is Appellee's third motion for an extension of time to file his Brief. This request is not made for purposes of delay, but so that justice may be done.

3.  James D. Lucas, attorney for Appellant is not opposed to this request.

WHEREFORE, PREMISES CONSIDERED, Appellee prays that this Court grant an extension of time to file Appellant's Brief, and such other and further relief to which she may be entitled.

1

Respectfully submitted,

  /s/  Brock Benjamin
BROCK BENJAMIN
747 E. San Antonio, Suite 203
El Paso, Texas 79901
Tel:  (915) 412-5858
Fax:  (915) 503-2224
Texas Bar No. 24048167

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this the 29th day of May, 2015, a true and correct copy of the foregoing instrument was served on Mr. James D. Lucas, Attorney at Law, 2316 Montana Avenue, El Paso, Texas 79903.

  /s/  Brock Benjamin
Brock Benjamin